**Order entered July 7, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00379-CV

**DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH AND HOSPITAL SYSTEM, Appellant**

**V.**

**SHERI KOWALSKI, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03723-E**

### ORDER

The deadline for filing appellant's opening brief in this accelerated appeal was triggered before a complete copy of the appellate record had been filed. As of July 6, 2021, it appears the record is complete. Accordingly, we **RESET** the deadline for appellant's brief from July 6, 2021 to July 26, 2021.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE